# EXHIBIT 1

Case: 1:23-cv-03764 Document #: 2-1 Filed: 06/14/23 Page 2 of 6 PageID #:40

FILED
2/3/2023 4:34 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L001180
Calendar, C
21337138

* 5 0 2 5 6 7 7 3 *

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| TEQUILA SMITH, as Independent Administrator for the Estate of LEEVON SMITH, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE CITY OF CHICAGO, A Municipal Corporation and Officer JANE DOE, )<br><br>Defendants. ) | Jury Trial Demanded<br><br>No. 2023 L     2023L001180 |

### COMPLAINT AT LAW

**NOW COMES**, Plaintiff, TEQUILA SMITH, as Independent Administrator for the Estate of LEEVON SMITH, by and through her attorneys, THE LAW OFFICES OF DAVID A. KADZAI, LLC, and for her Complaint herein against Defendants, THE CITY OF CHICAGO and OFFICER JANE DOE, states as follows:

### COUNT ONE (Willful, Wanton, Intentional Murder)

1. On January 18, 2023, Plaintiff decedent, LEEVON SMITH, resided in Chicago, Illinois.

2. The Defendant, CITY OF CHICAGO, is a municipal corporation founded and existing under the law and statutes of the State of Illinois, in such case made and provided.

3. The Defendant, CITY OF CHICAGO, has, operates, and controls the City of Chicago Police Department and is in Cook County, Illinois.

4. The Defendant, CITY OF CHICAGO, and the City of Chicago Police Department employs Defendant, OFFICER JANE DOE.

5. On January 18, 2023, LAVEEL SMITH was thrown to the ground, shot, and killed by said City of Chicago police officer JANE DOE after being forcibly thrown to the ground near where he lived with his girlfriend.

6. At some point Plaintiff and his girlfriend became involved in a disagreement and police OFFICER JANE DOE intervened. The Officer confronted Plaintiff began to wrestle with him and told Mr. Smith "I'm going to shoot you."

7. The actions taken by the Chicago Police Officer to kill LEEVON SMITH were performed under the color of state law, done with excessive force, and was the direct and proximate cause of the death of LEEVON SMITH.

8. On January 18, 2023, a City of Chicago Officer, acting individually and as an agent and/or employee of the Defendant, CITY OF CHICAGO, committed one or more of the following intentional, willful and wanton acts of misconduct against the person LAAVON SMITH:

   a. Used excessive and violent physical force when they knew or should have known that such force was not necessary in light of the circumstances.

   b. Used excessive violent physical force in such a manner to kill LAAVON SMITH;

   c. Used excessive force and killed LAAVON SMITH when such force was not necessary;

   d. In engaging in the above-described acts, Defendants, THE CITY OF CHICAGO and OFFICER JANE DOE, used excessive physical force and violence and killed LAAVON SMITH without legal justification.

9. In engaging in the acts, Defendants, caused the death of LEEVON SMITH.

   **WHEREFORE,** Plaintiff, TEQUILA SMITH, as Independent Administrator for the Estate of LEEVON SMITH, prays for Judgment against Defendants, THE CITY OF CHICAGO, a

Municipal Corporation and City of Chicago Police Officer JOHN DOE, in the amount of Ten Million Dollars ($10,000,000.00).

## COUNT TWO (Wrongful Death)

10. Plaintiffs repeats and realleges all allegations contained in paragraphs above of this Complaint as if fully set forth herein.

11. TEQUILA SMITH, as the Independent Administrator of the Estate of LEEVON SMITH, Deceased, brings this action pursuant to the Illinois Wrongful Death Act, 740 ILCS 180/1, et seq.

12. The Plaintiff re-alleges all Paragraphs above of this Complaint at Law, as though fully stated herein.

13. LEEVON SMITH left surviving her various persons who were her next of kin, including, but not limited to, the following individual:

    a. TEQUILA SMITH – his sister.

14. LEEVON SMITH'S next of kin suffered injuries as a result of his death, including, but not limited to, the loss of companionship and society, grief, sorrow, and mental anguish.

15. LEEVON SMITH'S estate was diminished by virtue of the medical and funeral expenses that were incurred.

**WHEREFORE,** Plaintiff, TEQUILA SMITH, as Independent Administrator for the Estate of LEEVON SMITH, prays for Judgment against Defendants, THE CITY OF CHICAGO, a Municipal Corporation and City of Chicago Police Officer JOHN DOE, in the amount of Ten Million Dollars ($10,000,000.00).

* 5 0 2 5 6 7 7 3 *

Respectfully submitted,

/s/ David A. Kadzai

_____

*One of Their Attorneys*

**Document prepared by:**

David A. Kadzai, Esq.
**The Law Offices of David A. Kadzai, LLC**
1525 E. 53rd Street, Suite 832
Chicago, Illinois 60615
T: (312) 229-0050
F: (312) 229-0051
dkadzai@kadzailawgroup.com
Cook County Attorney No. 49151
Attorney for Plaintiff

* 5 0 2 5 6 7 7 3 *

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| TEQUILA SMITH, as Independent Administrator for the Estate of LEEVON SMITH, | ) ) ) ) | Jury Trial Demanded |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 2023 L  2023L001180 |
| THE CITY OF CHICAGO, A Municipal Corporation and Officer JANE DOE, | ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT PURSUANT TO RULE 222(b)

I, David A. Kadzai, attorney for Plaintiff, TEQUILA SMITH, as Independent Administrator for the Estate of LEEVON SMITH, Deceased, state that the damages sought in this matter exceed Fifty Thousand ($50,000.00) Dollars.

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

Respectfully submitted,

/s/ David A. Kadzai

_____

*One of Their Attorneys*

Document prepared by:

David A. Kadzai, Esq.
**The Law Offices of David A. Kadzai, LLC**
1525 E. 53rd Street, Suite 832
Chicago, Illinois 60615
T: (312) 229-0050
F: (312) 229-0051
dkadzai@kadzailawgroup.com
Cook County Attorney No. 49151
Attorney for Plaintiff