**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| TEQUILLA SMITH, and CORETTA VAN DYKE, as Co-Independent Administrators For the Estate of LEEVON SMITH, Deceased )<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO and OFFICER PRECIOUS DUNN,<br><br>Defendant. | Case No. 2023 CV 03764 |

### NOTICE OF FILING

TO: *See Service List Attached.*

**PLEASE TAKE NOTICE**, on September 7, 2023, I shall electronically file Plaintiff's *Answers to Affirmative Defenses* with the Clerk of the Court for the Northern District of Illinois, Eastern Division, through the Electronic Filing System.

/s/ David A. Kadzai

### CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

The undersigned hereby certifies that he served a copy of the *Answers to Affirmative Defenses* by electronic mail on September 7, 2023.

/s/David A. Kadzai

**SERVICE LIST**

Borkan & Scahill, Ltd.
sborkan@borkanscahill.com
tscahill@borkanscahill.com
mitchhaporia@borkanscahill.com
mboekeloo@borkanscahill.com
whutchinson@borkanscahill.com


Hale Law, LLC
andy@halemonico.com
bboudreaux@halemonico.com
kolivier@halemonico.com
sbarnett@halemonico.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

TEQUILLA SMITH, and CORETTA VAN DYKE, as Co-Independent Administrators For the Estate of LEEVON SMITH, Deceased

    Plaintiff,

vs.

CITY OF CHICAGO and OFFICER PRECIOUS DUNN,

    Defendant.

Case No. 2023 CV 03764

## ANSWERS TO CITY OF CHICAGO'S AFFIRMATIVE DEFENSES

**NOW COMES,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, by and through counsel, and for their Answers to Defendant's, CITY OF CHICAGO, Affirmative Defenses, states as follows:

### First Affirmative Defense

1. Admit.
2. Admit.
3. Plaintiff denies Paragraph Three, including all subparagraphs.
4. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### Second Affirmative Defense

1. Admit.
2. Admit.
3. Deny.
4. Admit.
5. Deny.
6. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### Third Affirmative Defense

1. Admit.
2. Deny.
3. Admit.
4. Admit.
5. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### Fourth Affirmative Defense

1. Deny.
2. Deny.
3. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### Fifth Affirmative Defense

1. Admit.
2. Deny.
3. Admit.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### Sixth Affirmative Defense

1. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### Seventh Affirmative Defense

1. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

**Eight Affirmative Defense**

1. Deny.

   **WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

Respectfully Submitted,

/s/David A. Kadzai

**Document prepared by:**

David A. Kadzai
**The Law Offices of David A. Kadzai, LLC**
1525 East 53rd Street, Suite 832
Chicago, Illinois 60615
312-229-0050
*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| TEQUILLA SMITH, and CORETTA VAN DYKE, as Co-Independent Administrators For the Estate of LEEVON SMITH, Deceased,  Plaintiff,  vs.  CITY OF CHICAGO and OFFICER PRECIOUS DUNN,  Defendant. | Case No. 2023 CV 03764 |

## ANSWERS TO OFFICER PRECIOUS DUNN'S AFFIRMATIVE DEFENSES

**NOW COMES,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, by and through counsel, and for their Answers to Defendant's, OFFICER PRECIOUS DUNN, Affirmative Defenses, states as follows:

### Qualified Immunity

1. Deny.

WHEREFORE, Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### Comparative or Contributory Fault

1. Deny.

WHEREFORE, Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### Statute of Limitations on Federal Claims

1. Deny.

WHEREFORE, Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### 745 Ill. Comp. Stat. 10/2-208

1. Admit.
2. Deny.
3. Deny.

  **WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### 745 Ill. Comp. Stat. 10/2-204

1. Admit.
2. Deny.

  **WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### 745 Ill. Comp. Stat. 10/8-101(a)

1. Deny.

  **WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### 735 Ill. Comp. Stat. 5/13-202

1. Deny.

  **WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### 745 Ill. Comp. Stat. 10/2-201

1. Deny.

  **WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### 745 Ill. Comp. Stat. 10/2-210

1. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### 745 Ill. Comp. Stat. 10/2-202

1. Admit.
2. Deny.
3. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### 745 Ill. Comp. Stat. 10/2-205 and 745 Ill. Comp. Stat. 10/2-103

1. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### 745 Ill. Comp. Stat. 10/4-102

1. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### Self Defense

1. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

### Unconstitutionality of Punitive Damages Award, If Any

1. Deny.

**WHEREFORE,** Plaintiff, TEQUILLA SMITH and CORETTA VAN DYKE, as Co-Administrators for the Estate of LEEVON SMITH, Deceased, requests this Honorable Court to Dismiss this Affirmative Defense with prejudice.

    Respectfully Submitted,

/s/David A. Kadzai

**Document prepared by:**

David A. Kadzai
**The Law Offices of David A. Kadzai, LLC**
1525 East 53rd Street, Suite 832
Chicago, Illinois 60615
312-229-0050
*Counsel for Plaintiffs*